| | |
|---|---|
| 1 | HONORABLE RICARDO S. MARTINEZ |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON,<br><br>Plaintiffs,<br><br>v.<br><br>IMO INDUSTRIES, INC., individually and as successor-in-interest to DE LAVAL TURBINE, INC., et al.,<br><br>Defendants. | No. 2:18-cv-01437-RSM<br><br>STIPULATION AND ORDER TO MODIFY PARTY NAME OF INCORRECTLY IDENTIFIED DEFENDANT COPES-VULCAN, INC. |

## I.     INTRODUCTION

Plaintiffs and Defendant Electrolux Home Products, Inc., as Successor in Interest to Copes Vulcan, Incorrectly Identified as "Copes-Vulcan, Inc.," (collectively "the Parties"), through their undersigned counsel, Bergman Draper Oslund, PLLC and Tanenbaum Keale LLP, present the following joint Stipulation to the Court for the purpose of amending the case caption to identify Defendant by the proper name and real party in interest.

## II.     STIPULATION

The parties specifically have agreed to the following:

1.      Defendant Electrolux Home Products, Inc., was erroneously named as "Copes-Vulcan, Inc." in the Plaintiffs initial pleadings;

2.      The proper party in interest is "Electrolux Home Products, Inc., as Successor in

STIPULATION AND ORDER TO MODIFY PARTY
NAME OF INCORRECTLY IDENTIFIED DEFENDANT
COPES-VULCAN, INC. - 1; (2:18-cv-01437-RSM)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | |
|---|---|
| 1 | Interest to Copes Vulcan;" and, |
| 2 | 3. The Court record and case caption should be amended to reflect the proper party |
| 3 | name, "Electrolux Home Products, Inc., as Successor in Interest to Copes Vulcan," |
| 4 | Accordingly, the Parties respectfully request that the erroneously named Defendant |
| 5 | "Copes-Vulcan, Inc." be amended to "Electrolux Home Products, Inc., as Successor in Interest to |
| 6 | Copes Vulcan." |

DATED this 24th day of October, 2018.     TANENBAUM KEALE, LLP

By: s/ Alice C. Serko
Alice C. Serko, WSBA #45992

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:   aserko@tktrial.com
             seattle.asbestos@tktrial.com

Attorneys for Electrolux Home Products, Inc.

DATED this 24th day of October, 2018.     BERGMAN DRAPER OSLUND, PLLC

By: s/ Ruby K. Aliment
Ruby K. Aliment, WSBA #51242

Bergman Draper Oslund, PLLC
821 – 2nd Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 957-9510
Email: ruby@bergmanlegal.com
            service@bergmanlegal.com

Attorneys for Plaintiffs

STIPULATION AND ORDER TO MODIFY PARTY
NAME OF INCORRECTLY IDENTIFIED DEFENDANT
COPES-VULCAN, INC. - 2; (2:18-cv-01437-RSM)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | |
|---|---|
| 1 | **ORDER** |
| 2 | THIS MATTER having come before the Court by way of Stipulated Motion by the Parties, |
| 3 | to rename Defendant "Copes-Vulcan, Inc." to "Electrolux Home Products, Inc., as Successor in |
| 4 | Interest to Copes Vulcan," therefore, it is so ORDERED. |
| 5 | DATED this 30 day of October 2018. |

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TANENBAUM KEALE, LLP

By: s/ Alice C. Serko
    Alice C. Serko, WSBA #45992
    Attorneys for Defendant Electrolux Home Products, Inc.

APPROVED BY:

BERGMAN DRAPER OSLUND, PLLC

By: s/ Ruby K. Aliment
    Ruby K. Aliment, WSBA #51242
    Attorneys for Plaintiffs

STIPULATION AND ORDER TO MODIFY PARTY NAME OF INCORRECTLY IDENTIFIED DEFENDANT COPES-VULCAN, INC. - 3; (2:18-cv-01437-RSM)

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150