THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON and JILL D. CLAYTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>IMO INDUSTRIES, INC., *et al.*,<br><br>Defendants. | No.: 2:18-cv-01437-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METALCLAD INSULATION LLC |

## STIPULATION

Plaintiffs have settled all claims against defendant, Metalclad Insulation LLC. As such, Plaintiffs have agreed to dismiss their claims with prejudice against defendant Metalclad Insulation LLC only as alleged in their complaint filed herein, and defendant has agreed to waive its fees and costs incurred in this matter.

By stipulation, the undersigned parties hereby move the court for entry of the order incorporated herein.

DATED: October 31, 2018

BERGMAN DRAPER OSLUND

/s/ *Ruby K. Aliment*
Ruby K. Aliment, WSBA #51242
Attorneys for Plaintiffs

DATED: October 31, 2018

BULLIVANT HOUSER BAILEY PC

/s/ *Katherine M. Steele*
Katherine M. Steele, WSBA #11927
Attorneys for Defendant
Metalclad Insulation LLC

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METALCLAD INSULATION LLC
No. 2:18-cv-01437-RSM

Page 1

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

# ORDER

The Court, having considered the stipulated order and being otherwise fully advised, hereby ORDERS as follows:

Plaintiffs' claims against defendant Metalclad Insulation LLC only are dismissed with prejudice, reserving to plaintiffs their claims against all other parties.

DATED this 6 day of November 2018

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Prepared and presented by:

BULLIVANT HOUSER BAILEY PC

By  */s/ Katherine M. Steele*
    Katherine M. Steele, WSBA #11927
    Attorneys for Defendant
    Metalclad Insulation LLC

APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED

BERGMAN DRAPER OSLUND

By  */s/ Ruby K. Aliment*
    Ruby K. Aliment, WSBA #51242
    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METALCLAD INSULATION LLC
No. 2:18-cv-01437-RSM

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930