# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM R. CLAYTON, et al., | CASE NO. C18-0748JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |
| WILLIAM R. CLAYTON, et al., | CASE NO. C18-1437JLR |
| Plaintiffs, | |
| v. | |
| IMO INDUSTRIES, INC., et al. | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

MINUTE ORDER - 1

Pursuant to the parties' stipulations, the above-captioned cases are hereby consolidated. All future pleadings in this matter shall bear the case number C18-0748JLR.

Filed and entered this 9th day of November, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk